UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 5:25–cr–01702 |
| | § | |
| Xavier Romero | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION

The Court has reviewed the file in the above–captioned matter, specifically the Report and Recommendation of the United States Magistrate Judge, wherein the Defendant waived appearance before this Court and appeared before the Magistrate Judge for the taking of a felony guilty plea and Federal Rule of Criminal Procedure 11 Allocution.

The Magistrate Judge recommends that the undersigned accept the Defendant's plea of guilty. Noting no objection by the Defendant, the Court ACCEPTS the findings of fact and conclusions of law in the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

SIGNED on December 19, 2025.

Diana Saldaña
United States District Judge